IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY STURDIVANT, #148248, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 18-00177-KD-N |
| : | |
| STEVE MARSHALL, et al., : | |
|     Defendants. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 7, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's case is **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

**DONE** and **ORDERED** this the **10th** day of **July 2018.**

                        /s/ Kristi K. DuBose
                        **KRISTI K. DuBOSE**
                        **CHIEF UNITED STATES DISTRICT JUDGE**